# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEOFAS GONZALEZ, | ) 1:12cv01053 LJO DLB PC </br> ) |
| Plaintiff, | ) ORDER ADOPTING FINDINGS AND </br> ) RECOMMENDATIONS REGARDING |
| vs. | ) DISMISSAL OF CERTAIN CLAIMS AND </br> ) DEFENDANTS |
| DR. BOPARI, et al., | ) </br> ) (Document 23) |
| Defendants. | ) |

Plaintiff Cleofas Gonzalez ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 28 U.S.C. § 1983. Plaintiff filed this action on June 28, 2012. Pursuant to Court order, he filed a Second Amended Complaint on December 23, 2013. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 23, 2014, the Magistrate Judge issued Findings and Recommendations regarding dismissal of certain claims and Defendants.[1] The Findings and Recommendations were served on Plaintiff and contained notice that any objections to the Findings and Recommendations were to be filed within thirty days. No objections have been filed.

---

[1] Plaintiff has returned service documents for the cognizable claims and the documents have been forwarded to the United States Marshal for service.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed April 23, 2014, are ADOPTED in full;
2. This action SHALL proceed against Defendants Grimm and Bopari for violation of the First and Eighth Amendments, and medical malpractice; and
3. All other claims, as well as Defendant ASP, are DISMISSED.

IT IS SO ORDERED.

Dated:   **June 12, 2014**                             **/s/ Lawrence J. O'Neill**
                                                       UNITED STATES DISTRICT JUDGE