# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEOFAS GONZALEZ,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>DR. BOPARI, et al.,<br><br>　　　　　Defendants. | 1:12cv01053 LJO DLB PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING DEFENDANT GRIMM<br><br>(Document 37) |

　　　Plaintiff Cleofas Gonzalez ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 28 U.S.C. § 1983.  Plaintiff filed this action on June 28, 2012.  Pursuant to Court order, he filed a Second Amended Complaint on December 23, 2013.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　On December 2, 2014, the Magistrate Judge issued Findings and Recommendations that Defendant Grimm be dismissed for Plaintiff's failure to effectuate service of process.  The Findings and Recommendations were served on Plaintiff and contained notice that any objections to the Findings and Recommendations were to be filed within twenty-one days.  No objections have been filed.

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed December 2, 2014, are ADOPTED in full; and

2. Defendant Grimm is DISMISSED from this action for Plaintiff's failure to effectuate service of process.

IT IS SO ORDERED.

Dated:   **January 7, 2015**                             **/s/ Lawrence J. O'Neill**
                                                                  UNITED STATES DISTRICT JUDGE